## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARY FRONIMOS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-2384 |
| vs. | ) | |
| | ) | |
| HOME DEPOT U.S.A., INC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

# **NOTICE OF REMOVAL**

NOW COMES the Defendant, HOME DEPOT U.S.A., INC., by and through its attorneys McVEY & PARSKY, LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby provides notice of its removal of this cause pursuant to said statutes for the following reasons:

1.  On or about October 28, 2015, there was commenced and is now pending in the Circuit Court of Cook County, Illinois County Department, Law Division, a certain civil action under case number 2015-L-010914 in which Mary Fronimos is the Plaintiff, and Home Depot U.S.A., Inc. ("Home Depot") is a Defendant.

2.  The aforementioned lawsuit is brought by Plaintiff seeking damages for personal injuries under a premises liability theory. The Plaintiff's Complaint merely prays for damages "for a sum in excess of Fifty Thousand Dollars ($50,000.00) plus her costs in bringing this action."

3.  The Plaintiff sustained injuries to for which incurred medical and hospital expenses, including surgery.

4. On February 11, 2016, Plaintiff's counsel provided Home Depot's counsel with treatment information including bills in excess of $170,000.00 for Plaintiff's medical treatment. As such, Plaintiff's damages exceed $75,000.00.

5. The Defendant states that the above lawsuit involves a controversy with complete diversity of citizenship between citizens of different states:

    (a) Plaintiff was at the commencement of this action, and is now, a citizen of the State of Illinois, and is a resident of the State of Illinois.

    (b) The Defendant, HOME DEPOT U.S.A., INC., is a corporation duly created and organized by and under the laws of the State of Delaware with its principal place of business in the State of Georgia, and was not and is not a corporation created or organized under the laws of the State of Illinois, nor does it have its principal place of business in the State of Illinois.

6. This matter involves a controversy between an individual who is a resident of the State of Illinois and corporations organized pursuant to the laws of a state other than Illinois, and who have their principal place of business in a state other than Illinois. Further, the amount in controversy involves more than $75,000.00, exclusive of interest and costs. Accordingly, the District Court for the United States has original jurisdiction over this lawsuit.

7. This Notice of Removal is timely within thirty (30) days of receiving information that the case is removable to Federal Court.

8. Attached hereto, and made a part hereof, are copies of the following documents filed by the Plaintiff and forwarded by the Defendant for filing in the Circuit Court of Cook County, Illinois County Department, Law Division under Case Number 2015-L-010914:

- Plaintiff's Complaint at Law;
- Plaintiff's Summons directed to Home Depot U.S.A., Inc.;
- Notice of Setting Case Management Conference on January 6, 2016;
- Proof of Service filed as to Home Depot U.S.A., Inc.;
- Case Management Order dated January 6, 2016;
- Defendant's Appearance and Motion for Leave to File Answer or Otherwise Plead; and

- Case Management Order dated February 17, 2016.

To the Defendant's knowledge, no other documents, or pleadings were filed in said lawsuit.

9. Notice of the filing of this Removal has been given to all parties as required by law, and is attached hereto. A true and correct copy of this Removal has been filed with the Circuit Court of Cook County, Illinois County Department, Law Division, as provided by law.

10. The Defendant herein on removal demands this case be tried by a jury.

WHEREFORE, the Defendant, HOME DEPOT U.S.A., INC., prays that it may affect removal of the within action from the Circuit Court of Cook County, Illinois County Department, Law Division, to the United States District Court for the Northern District of Illinois – Eastern Division, and that the matter be tried before a jury.

Respectfully submitted,

HOME DEPOT U.S.A., INC.

BY: /s/ Christina L. Talamonti
Christina L. Talamonti (6307144)
One of its attorneys

Christina L. Talamonti
McVEY & PARSKY, LLC
30 North LaSalle Street
Suite 2100
Chicago, IL 60602
Phone: 312/551-2130
Fax: 312/551-2131
Email: clt@mcveyparsky-law.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 18, 2016 I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

                            Kyle R. Kasmarick
                            *Attorney for Plaintiff*
                            THE LAW OFFICES OF
                            NICHOLAS C. SYREGELAS
                            19 North Green Street
                            Chicago, Illinois 60607
                            Phone: 312/243-0900


                        By: /s/ Christina L. Talamonti
                            Christina L. Talamonti
                            Illinois Bar #6307144


Christina L. Talamonti
McVEY & PARSKY, LLC
30 North LaSalle Street
Suite 2100
Chicago, IL  60602
Phone: 312/551-2130
Fax:    312/551-2131
Email: clt@mcveyparsky-law.com