## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Mary Fronimos

                Plaintiff,

v.                                                      Case No.: 1:16−cv−02384
                                                        Honorable Joan H. Lefkow

Home Depot U.S.A., Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 29, 2016:

      MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held on 3/29/2016. Scheduling conference set for 5/17/2016 at 11:00 a.m. Parties are to submit a proposed agreed scheduling order to chambers via the proposed order mailbox by 5/17/2016. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.