IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY FRONIMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   16-CV-02384 |
| | ) | |
| HOME DEPOT U.S.A., INC., a corporation | ) | Honorable Joan Lefkow |
| d/b/a THE HOME DEPOT | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety with prejudice and with each party incurring its own attorneys' fees and costs.

Wednesday, February 01, 2017

Respectfully submitted,

/s/ John McCorry
McVey & Parsky, LLC
30 N. LaSalle St.,
Suite 2100
Chicago, Illinois 60602
(312) 551-2130

/s/ Kyle Kasmarick
The Law Offices of Nicholas C. Syregelas
19 North Green Street
Chicago, IL 60607
(312) 243-0900